**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE EDMONDS INSTITUTE,**<br><br>    Plaintiff,<br><br>        v.<br><br>**U.S. DEP'T OF INTERIOR,**<br><br>    Defendant. | Civil Action No.  04-1560 (JDB) |

**ORDER**

Upon consideration of [32] defendant's renewed motion for summary judgment, [33] plaintiff's renewed motion for summary judgment, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 30th day of October, 2006, hereby

**ORDERED** that the defendant's motion with respect to the application of FOIA Exemption 5 to the nineteen challenged documents is **GRANTED**, and the plaintiff's motion with respect to this claim is **DENIED**; and it is further

**ORDERED** that the defendant's motion with respect to the public-interest fee waiver is **DENIED**, and the plaintiff's motion with respect to this claim is **GRANTED**.

                                       /s/ John D. Bates
                                        JOHN D. BATES
                                    United States District Judge